UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 08-60810-Civ-Cohn/Seltzer

ORLANDO HERNANDEZ,

    Plaintiff,

v.

MOHAWK INDUSTRIES, INC.,

    Defendant.
_____/

# FINAL JUDGMENT

THIS CAUSE is before the Court upon the separately entered order granting Defendant's Motion for Summary Judgment.  Accordingly it is **ORDERED AND ADJUDGED** that Judgment is hereby entered on behalf of Mohawk Industries, Inc., and against the Plaintiff, Orlando Hernandez, and Plaintiff shall take nothing from Defendant in this action.  The Clerk may close this case and deny any remaining pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of September, 2009.

_____
JAMES I. COHN
United States District Judge

Copies furnished to:

Counsel of record on CM/ECF